UNITED STATES DISTRICT COURT
SUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-20271-BLOOM

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**BRETT BLACKMAN,
GARY COX, and
GREGORY SCHRECK,**

    Defendants.
_____/

## ORDER REGARDING PRETRIAL PROCEDURES

THIS CAUSE is set for **Jury Trial** to begin on **Monday, September 11, 2023, at 9:00 a.m.** It is further **ORDERED** that immediately before trial begins, counsel for both parties shall be prepared to indicate whether they have complied with the following procedure:

Should any plea offer be made by the Government but not accepted by a Defendant, the Government shall attach to any such offer a cover sheet with space for Defendant and Defendant's attorney to certify that Defendant has reviewed the plea offer.  The cover sheet shall also include space for Defendant and Defendant's attorney to certify the dates of signature.  This document shall be signed by Defendant and Defendant's attorneys before trial.  This document shall not be filed with the Court or otherwise provided to the Court but shall be maintained within the Government's case file.  The parties shall not advise the Court whether any plea offer has been made or, if so, of the contents of any plea offer that might have been made.  *See United States v.*

1

Case No. 23-cr-20271 -BLOOM

*Tobin*, 676 F.3d 1264 (11th Cir. 2012). Before trial begins, the Court will specifically inquire as to whether the parties have complied with this paragraph of this Order. The parties shall respond with either a "yes" or "no," without further elaboration. <u>*If no plea offer has been made or if a plea offer has been made and the requirements of this paragraph have been satisfied, the answer shall be "yes."*</u>

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 9, 2023.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of Record