UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 23-20271-CR-BLOOM

UNITED STATES OF AMERICA,

vs.

GARY COX,
     Defendant
_____/

ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of **$10,000.**⁰⁰ on or before **January 9, 2024**, to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). The defendant may divide this payment into five monthly installments in the amount of $2,000.00 each. Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate, 18 U.S.C. Section 3006A(C). It is further ORDERED that a status conference on reimbursement will be held on **January 11, 2024, at 10:00 a.m.** before the Duty Magistrate.

DONE AND ORDERED at Miami, Florida this Tuesday, August 15, 2023.

*(signature)*
Lisette M. Reid
UNITED STATES MAGISTRATE JUDGE