**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20271-CR-BLOOM/OTAZO-REYES**

**UNITED STATES OF AMERICA,**

vs.

**GARY COX,**

        **Defendant**.

_____/

**PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND**
**SENSITIVE INFORMATION CONTAINED THEREIN**

THIS CAUSE is before the Court upon he United States of America's Motion for a Protective Order, ECF NO. [30], regulating disclosure of the discovery materials and the sensitive information contained therein (the "Discovery") to defense counsel for Defendant Gary Cox in connection with the Government's discovery obligations. The Court has considered the Motion and is fully advised. The Court finding good cause:

**IT IS ORDERED AND ADJUDGED** that the Government's Motion for Protective Order Regulating Disclosure of Discovery Information, **ECF No. [30]**, is **GRANTED**.

The Government is authorized to disclose the Discovery in its possession to Defendant Cox.

Counsel of record for Defendant Cox shall hold the Discovery produced pursuant to this Order in strict confidence. Therefore, defense counsel for Defendant Cox shall restrict access to the Discovery, and shall disclose the Discovery to his or her client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent that defense counsel believes it necessary to assist in the defense of his or her client in this matter (collectively, "Authorized Recipient(s)");

Before or when disclosing any Discovery to any Authorized Recipient, counsel of record

CASE NO. 23-20271-CR-BLOOM/OTAZO-REYES

for Defendant Cox shall (a) deliver a copy of this Protective Order to the Authorized Recipient; (b) advise the Authorized Recipient that the Discovery is subject to this Protective Order and should be held in strict confidence; and (c) advise the Authorized Recipient that any further disclosure or dissemination is prohibited without defense counsel's express consent.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 17, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record