UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20271-BLOOM

UNITED STATES OF AMERICA,

v.

BRETT BLACKMAN,
GARY COX, and
GREGORY SCHRECK,

      **Defendants**.

_____/

**UNITED STATES' UNOPPOSED MOTION TO EXCUSE THE PARTIES FROM FILING SPEEDY TRIAL ACT REPORTS**

COMES NOW the United States of America, by and through undersigned counsel, and files this Motion to Excuse the Parties from Filing Speedy Trial Act Reports.

The government filed its first Speedy Trial Report on August 29, 2023, as required by Local Rule 88.5 and the Court's Scheduling Order [ECF No. 25]. The government filed its second Speedy Trial Report on September 20, 2023. [ECF No. 38].

On August 21, 2023, the parties filed a Joint Motion to Continue Trial Date [ECF No. 32]. The Court granted the parties' request and ordered that the period of delay from August 21, 2023, to August 12, 2024 (the date trial commences) was excludable under Title 18, United States Code, Section 3161(h)(7). [ECF No. 34].

[THIS SPACE INTENTIONALLY LEFT BLANK]

Consequently, the government requests that the Court excuse the parties from filing Speedy Trial Act reports until at least August 12, 2024.

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

                GLENN S. LEON, CHIEF
                U.S. DEPARTMENT OF JUSTICE
                CRIMINAL DIVISION, FRAUD SECTION

By:   */s/ Shane Butland*
       SHANE BUTLAND
       Trial Attorney
       FL Special Bar No. A5502525
       U.S. Department of Justice
       Criminal Division, Fraud Section
       1400 New York Ave NW
       Washington, D.C. 20005
       Phone: (202) 286-1177
       Shane.Butland2@usdoj.gov

       DARREN HALVERSON
       ANDREA SAVDIE
       CHARLES STRAUSS
       Trial Attorneys
       U.S. Department of Justice
       Criminal Division, Fraud Section

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 20, 2023, I electronically filed the foregoing document onto the Court's CM/ECF system.

*/s/ Shane Butland*
Shane Butland
Trial Attorney
U.S. Department of Justice
