UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-20271-CR-LEIBOWITZ

UNITED STATES OF AMERICA,

v.

GARY COX,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court on United States Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation on Counsels' CJA Voucher Request for Attorney's Fees and Costs [ECF No. 358].  The Court sees no likelihood of any party filing objections to the Report.  Being fully advised, it is **ORDERED AND ADJUDGED** that the Report **[ECF No. 358]** is **AFFIRMED and ADOPTED**.

    **DONE AND ORDERED** in the Southern District of Florida on March 13, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record